IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Pittman, Darlena

Printed: 7/29/08

Case Number: 06 B 04730
Judge: Goldgar, A. Benjamin
Filed: 4/27/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: June 13, 2008
Confirmed: July 11, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 11,640.16 |  |
| Secured: |  | 8,938.72 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,075.89 |
| Trustee Fee: |  | 625.55 |
| Other Funds: |  | 0.00 |
| Totals: | 11,640.16 | 11,640.16 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 3,000.00 | 2,075.89 |
| 2. | Aegis Mortgage Co | Secured | 0.00 | 0.00 |
| 3. | Aegis Mortgage Co | Secured | 0.00 | 0.00 |
| 4. | Ford Motor Credit Corporation | Secured | 14,414.77 | 8,938.72 |
| 5. | Peoples Energy Corp | Unsecured | 159.44 | 0.00 |
| 6. | Sir Finance Corporation | Unsecured | 155.20 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 64.67 | 0.00 |
| 8. | Paragon Way Inc | Unsecured | 64.67 | 0.00 |
| 9. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 10. | Bank One | Unsecured |  | No Claim Filed |
| 11. | Bay Area Credit Services | Unsecured |  | No Claim Filed |
| 12. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 13. | Apollo Motors | Unsecured |  | No Claim Filed |
| 14. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 15. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 16. | Wells Fargo Bank | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 17,858.75 | $ 11,014.61 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 17.15 |
| 5% | 67.56 |
| 4.8% | 129.70 |
| 5.4% | 303.06 |
| 6.5% | 108.08 |

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Pittman, Darlena | Case Number:  06 B 04730 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  7/29/08 | Filed:  4/27/06 |

$$\text{_____}$$
$ 625.55

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

